11091357
$94.53
2/16/11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

   APPEARING that more than ninety (90) days have elapsed since the final notices

. For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 94.53
CHECKS # 15382 FOR $ 94.53
Representing unclaimed funds.

DATED: 2-11-2011

                      ALBERT J. MOGAVERO
                      TRUSTEE

[FILED FEB 16 2011 BANKRUPTCY COURT BUFFALO, N.Y.]

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 141319 | JONES | 0516782 | 6.58 | JAMES & BEVERLY JONES | 117 BOURNE STREET | | WESTFIELD NY | 14787 |
| 141349 | STAHLMAN | 0700389 | 5.00 | TIMOTHY & MICHELLE STAHLMAN | PO BOX 3212 | | JAMESTOWN NY | 14702 |
| 141358 | MILES | 0810124 | 5.00 | JEWEL MILES | 23 MECHANIC ST. | | ANGELICA NY | 14709 |
| 141362 | MALICKI | 0812188 | 5.01 | PAUL M MALICKI | 2637 WILLIAM ST. | | CHEEKTOWAGA NY | 14227 |
| 141366 | SCHWARZOTT | 0813420 | 5.00 | BARRY A SCHWARZOTT | 56 SCHILLER STREET | | BUFFALO NY | 14206 |
| 141370 | DENTON, III | 0813963 | 5.00 | JOHN DENTON, III & DENISE DENT | 103 MAPLELEAF DR. | | WILLIAMVILLE NY | 14221 |
| 141376 | ROGENMOSER, JR | 0910980 | 5.00 | DONALD ROGENMOSER, JR. & MA | 6657 ERIE ROAD #3 | | DERBY NY | 14047 |
| 141377 | MCCOY | 0911707 | 13.24 | DALE & SHARI MCCOY | 9858 SIMONDS ROAD | | CORFU NY | 14036 |
| 141378 | LADD | 0912003 | 20.80 | MICHELLE LADD | 2478 WEHRLE DRIVE | | WILLIAMSVILLE NY | 14221 |
| 141381 | RENNER | 0913435 | 18.89 | KEVIN RENNER | 442 WOODLAND DRIVE | | BUFFALO NY | 14223 |
| 141386 | KALMBACHER | 0915163 | 5.01 | SEGE D KALMBACHER | 6666 BYRON HOLLEY ROAD | | BYRON NY | 14422 |
| | | | $94.53 | | | | | |

FEB 16 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Page 1 of 1